v.

**STATE of Missouri, Respondent.**

**No. ED 100786**

Missouri Court of Appeals
Eastern District
DIVISION FOUR

Filed: November 25, 2014

**Richard BRAUER, Appellant,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Respondent.**

**No. ED 100920**

Missouri Court of Appeals
Eastern District
DIVISION ONE

Filed: November 25, 2014

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

Steven A. Waterkotte, St. Louis, for appellant.

Rachel Jones, Jefferson City, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Glenn A. Norton, J.

### ORDER

PER CURIAM.

Richard Brauer appeals the circuit court's judgment upholding the Director of Revenue's revocation of his driving privileges pursuant to Section 577.041. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only,

setting forth the reasons for this order.
We affirm. Rule 84.16(b)(1).